Form 1. P1 (11-82)

**FORM 1 VOLUNTARY PETITION**

| United States Bankruptcy Court  District of | VOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor-if individual, enter Last, First, Middle) Luz Hietala | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names.) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 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 | SOC. SEC./TAX I.D. NO.(If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 1820 Klem Ave. #3B  Linden, NJ 07036 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Union | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

IMAGED BY
DATE

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| ☒ Individual ☐ Corporation Publicly Held | |
| ☐ Joint (H&W) ☐ Corporation Not Publicly Held | ☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 |
| ☐ Partnership ☐ Municipality | ☐ Chapter 9 ☐ Chapter 12 ☐ § 304-Case Ancillary to Foreign Proceeding |
| ☐ Other _____ | FILING FEE (Check one box) |
| NATURE OF DEBT | ☐ Filing fee attached. |
| ☒ Non-Business Consumer ☐ Business - Complete A&B below | ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Official Form No.3 |
| A. TYPE OF BUSINESS (check one box) | |
| ☐ Farming ☐ Transportation ☐ Commodity Broker | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY |
| ☐ Professional ☐ Manufacturing/Mining ☐ Construction | Anna C. Little, Esq. |
| ☐ Retail/Wholesale ☐ Real Estate | 300 Kimball Street suite 106 |
| ☐ Railroad ☐ Stockbroker ☐ Other Business | Woodbridge, NJ 07095 |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | Telephone No. 732-636-4901 |
| | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR Anna C. Little, Esq. |
| | ☐ Debtor is not represented by an attorney. Telephone no. of debtor not |

| STATISTICAL ADMINISTRATIVE INFORMATION (Estimates only) (Check applicable box) | |
|---|---|

☒ Debtor estimates that funds will be available for distribution
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for

ESTIMATED NUMBER OF CREDITORS
☐ 1-15  ☒ 16-49  ☐ 50-99  ☐ 1

ESTIMATED ASSETS (in thousands of dollars)
☐ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 10

ESTIMATED LIABILITIES (in thousands of dollars)
☐ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 10

ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 1
☐ 0  ☐ 1-19  ☐ 20-99

ESTIMATED NO. OF EQUITY SECURITY HOLDER
☐ 0  ☐ 1-19  ☐ 20-99

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY

| Case # 02-51971 tMS Chapter 7 Filed: 2:01 PM, 02/19/02    Trenton | RECEIPT # 000247105 - DV 11:01 AM, February 20, 2002 |
|---|---|

Judge: Morris Stern
Trustee: Benjamin Stanziale
Debtor(s):
Luz Hietala

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $30.00 |
| 07 | 1 | $170.00 |

ORIGINAL

**First Meeting of Creditors**
12:00 PM, March 19, 2002
Trenton - chapter 7
U.S. Courthouse
402 East State Street, Room 129
Trenton, NJ 08608-1507

TOTAL PAID: $200.00

From: Anna C. Little
300 Kimball Street
Suite 106
Woodbridge, NJ 07095-0000

3

Form 1, P2 (6-90)

| Name of Debtor | Case No. |
|---|---|
| | (Court use only) |

## FILING OF PLAN

For Chapter 9, 11,12 and13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.    ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _____    Date _____
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _____ Luz stella Hintolo<br>Signature of Debtor<br>Date | X _____<br>Signature of Authorized Individual<br><br>_____<br>Print or Type Name of Authorized Individual |
| X _____<br>Signature of Joint Debtor<br>Date | _____<br>Title of Individual Authorized by Debtor to File this Petition<br>Date |

### EXHIBIT "A" ( To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____ Luz stella Hintolo    Date _____
Signature of Debtor

X _____    Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    Date _____
Signature of Attorney

Julius Blumberg

Blumberg
Law Products  Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF** New Jersey

In re:  Luz Hietala                    Debtor(s)        Case No.                (If Known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | 0.00 | | |
| B - Personal Property | Y | 1 | | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 1 | | 22494.54 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 4 | | | gross 1500.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 1457.00 |
| Total Number of Sheets of All Schedules | | 13 | | | |
| Total Assets | | | | | |
| Total Liabilities | | | | 22494.54 | |

In re: Luz HIETALA                                                        Debtor(s)        Case No.                    (If known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total -> $                                                              (Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Independance Bank Account# 560278945 | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | Assorted casual clothing | | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

**SCHEDULE B - PERSONAL PROPERTY**

In re: Luz Hietala

| | | Debtor(s) | | Case No. | | (if known) |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Tax refund 2000 | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)     Total ->   $

_____ continuation sheets attached

3072 · 1991 JULIUS BLUMBERG INC., NYC. 10013

Form B6-C, 93

In re:  Luz HIETALA

| Debtor(s) | Case No. | (if known) |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☒ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Independance Bank Account #560278945 | 11 U.S.C. 522 (b)(1) | | |
| Household Furnishings; | 11 U.S.C. 522 (b)(1) | | |
| Assorted Casual clothing | 11 U.S.C. 522 (b)(1) | 500.00 | 500.00 |
| 2000 Tax Refund | 11 U.S.C. 522 (b)(1) | 1960.00 | 1960.00 |

3072 • 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  Luz Hietala

Debtor(s)          Case No.                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |

_____ continuation sheets attached

Subtotal -> (Total of this page)   $

Total -> (use only on last page)   $

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

3072 -- 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6-E (6-92)

In re: **Luz HIETALA**                                    Debtor(s)      Case No.                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fisherman**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (8).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD* | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total · > | | $ | |

_____ Continuation sheets attached.

(use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

3072-E

3072© 1991 JULIUS BLUMBERG, INC., NYC 10013

Julius Blumberg, Inc. NYC 10013

Form No... Case 02-09971-MS    Doc 1    Filed 02/19/02    Entered 02/19/02 10:56:00    Desc
Converted from ECM (10638562)    Page 9 of 39

In re:  Luz HIETALA

<table>
<tr><td></td><td>Debtor(s)</td><td>Case No.</td><td>(if known)</td></tr>
</table>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D * | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 50190453844 20 <br> Macy's <br> 9111 Duke Blvd. <br> Mason OH, 45040 | | | | | 783.55 |
| A/C # 4120 6130 0334 2745 <br> Merrick Bank <br> P.O.Box 5000 <br> Draper, UT 84020-5000 | | | | | 1437.36 |
| A/C # 5424-7708-1291-5390 <br> Action Card <br> P.O.Box 5052 <br> Sioux Falls, SD 57117-5052 | | | | | 12.00 |
| A/C # 0361511470599 <br> Sears,C/O Van Ru Credit Corp. <br> 4415 S. Wendler Dr. Bldg B suite 200 Tempe, AZ 85282-6410 | | | | | 1865.70 |
| A/C # 5458-0001-7690-8727 <br> Direct Merchant Bank <br> P.O.Box 21550 <br> Tulsa, OK 74121-1550 | | | | | 7026.38 |
| A/C # 4610-0787-0267-1025 <br> First Premier Bank <br> P.O.Box 5519 <br> Sioux Falls, 57117-5519 | | | | | 609.71 |
| A/C # 6011-0011-8015-4397 <br> Discover <br> P.O.Box 15251 <br> Wilmington DE, 19886-5251 | | | | | 6146.61 |
| A/C # 5291-1516-5992-3476 <br> Capitol One <br> P.O.Box 85015 <br> Richmond, VA 23285-5015 | | | | | 572.88 |
| A/C # 084-320-106-2 <br> JCPenny <br> P.O.Box 32000 <br> Orlando FL 32890-0004 | | | | | 254.16 |

Sheet no. _1_ of _2_ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page)    $ 18708.35

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Total -> (use only on last page of completed Schedule F.) (Report total also on Summary of Schedules)    $

3972 * 1991 JULIUS BLUMBERG, INC., NYC 10013

Form 26 F, Cont. (10-89)

In re:                                                    Debtor(s)    Case No.                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4227-0970-2001-9431 Croos Country Bank P.O.Box 310711 Boca Raton, FL 33431-0711 | | | | | 2243.92 |
| A/C # 190-453-84-01-0 Stern's 9111 Duke Blvd. Mason, OH 45040 | | | | | |
| A/C # 3055-427736-2604 Amoco MultiCard P.O.Box 142289 Irving TX, 75014-2289 | | | | | 654.60 |
| A/C # A9372274/P8106866 Allied Interstate 3111 S. Dixie Highway, st 101 West palm Beach, FL 33405 | | | | | 887.67 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page)   $ 3786.19

Total -> (use only on last page of completed Schedule F.)   $ 22494.54

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

3872 - 1991 JULIUS BLUMBERG INC., NYC 10013

In re: Luz HIETALA    Debtor(s)    Case No.    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6-H    (6-90)    Julius Blumberg, Inc. NYC 10013

In re:  Luz HIETALA                          Debtor(s)        Case No.              (If known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

3872 © 1991 JULIUS BLUMBERG, INC., NYC 10013

In re: Luz HIETALA                                           Debtor(s)      Case No.              (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Single | Carlos Andres DIAZ | 15 | Child |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | packing | |
| Name of Employer | Mercury International | |
| How long employed | 2 years | |
| Address of Employer | 365 Blake Road<br>Avenel, NJ 07001 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commisions (pro rate if not paid monthly.) | $ 1,500.00 | $ |
| Estimate monthly overtime | | |
| SUBTOTAL | $ | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $ | $ |
| TOTAL COMBINED MONTHLY INCOME | $ | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

# Earnings Statement

ADP®

| CO.  FILE  DEPT.  CLOCK  NUMBER | |
|---|---|
| AV3  000082  700100  0001554508  1 | |

MERCURY AIRFREIGHT INTERNATIONAL LIMITED
365 BLAIR ROAD
AVENEL, NJ 07001

Period Ending:   10/14/2001
Pay Date:        10/17/2001

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0
  State:    0, Table B

LUZ S HIETALA
1820 KLEM AVE
APT 3B
LINDEN, NJ 07036

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.6100 | 80.00 | 608.80 | 11,456.40 |
| Overtime | 11.4150 | 8.75 | 99.88 | 1,833.50 |
| Holiday | | | | 359.52 |
| Vacation | | | | 420.40 |
| | | | | 605.92 |
| **Gross Pay** | | | **$708.68** | 14,733.74 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -57.29 | 1,216.21 |
| Social Security Tax | -39.06 | 825.69 |
| Medicare Tax | -9.14 | 193.11 |
| NJ State Income Tax | -10.63 | 222.11 |
| NJ SUI/SDI Tax | -6.55 | 136.29 |
| | | |
| **Other** | | |
| Ptx Nj | -78.68* | 1,416.15 |
| | | |
| **Net Pay** | **$507.33** | |

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Float Balance | | 8.00 |
| Pers Balance | | 0.00 |
| Sick Balance | | 44.93 |
| Vac Balance | | 33.26 |

## Important Notes

EFFECTIVE THIS PAY PERIOD YOUR ADDRESS HAS BEEN CHANGED.

* Excluded from federal taxable wages
  Your federal taxable wages this period are $630.00

# Earnings Statement

**ADP**®

CO. FILE DEPT. CLOCK NUMBER
AV3 000082 700100 0001532702 1

MERCURY AIRFREIGHT INTERNATIONAL LIMITED
365 BLAIR ROAD
AVENEL, NJ 07001

Period Ending: 09/30/2001
Pay Date: 10/03/2001

LUZ S HIETALA
912 GROVE STREET
ELIZABETH, NJ 07202

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.6100 | 80.00 | 608.80 | 10,847.60 |
| Overtime | 11.4150 | (15.50) | 176.93 | 1,733.62 |
| Holiday | | | | 359.52 |
| Vacation | | | | 479.40 |
| **Gross Pay** | | | **$785.73** | 14,025.06 |

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  State: 0,Table B

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -68.85 | 1,158.92 |
| | Social Security Tax | -43.84 | 786.63 |
| | Medicare Tax | -10.25 | 183.97 |
| | NJ State Income Tax | -11.87 | 211.48 |
| | NJ SUI/SDI Tax | -7.27 | 129.74 |
| **Other** | | | |
| | Plx NJ | -78.68* | 1,337.47 |
| **Net Pay** | | **$564.97** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Float Balance | | 8.00 |
| Pers Balance | | 0.00 |
| Sick Balance | | 43.08 |
| Vac Balance | | 28.64 |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $707.05

◀ TEAR HERE

©1998 Automatic Data Processing, Inc.

# Earnings Statement

**ADP**®

CO    FILE    DEPT.    CLOCK    NUMBER
AV3   000082  700100   0001512976   1

MERCURY AIRFREIGHT INTERNATIONAL LIMITED
365 BLAIR ROAD
AVENEL, NJ 07001

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:    0
    State:    0,Table B

Period Ending:    09/16/2001
Pay Date:    09/19/2001

LUZ S HIETALA
912 GROVE STREET
ELIZABETH, NJ 07202

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.6100 | 25.00 | 190.25 | 10,238.80 |
| Holiday | 7.6100 | 8.00 | 60.88 | 359.52 |
| Vacation | 7.6100 | 16.00 | 121.76 | 420.40 |
| Overtime | 7.6100 | 32.00 | 243.52 | 605.92 |
| | | | | 1,556.69 |
| **Gross Pay** | | | **$616.41** | 13,239.33 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -43.45 | 1,090.07 |
| Social Security Tax | -33.34 | 742.79 |
| Medicare Tax | -7.80 | 173.72 |
| NJ State Income Tax | -9.25 | 199.61 |
| NJ SUI/SDI Tax | -5.71 | 122.47 |
| | | |
| Other | | |
| Plx NJ | -78.68* | 1,258.79 |
| | | |
| **Net Pay** | **$438.18** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Float Balance | | 8.00 |
| Pers Balance | | 0.00 |
| Sick Balance | | 41.23 |
| Vac Balance | | 24.02 |

*   **Excluded from federal taxable wages**
    Your federal taxable wages this period are $537.73

◄ TEAR HERE    ©1998 Automatic Data Processing, Inc.

# EARNINGS STATEMENT

**Initial**

4057 Industrial Park Drive
Bldg. 3 - 4
Norcross, CA 30071
a Rentokil Initial company

Luz Hietala
1820 Klem Ave
Linden, NJ 07036

| | | | | | | | STATUS | EXEMP./ALLOW. | ADD. TAXES |
|---|---|---|---|---|---|---|---|---|---|
| PAYROLL CHECK NUMBER: | | | | | 1048544 | | | | |
| PERIOD ENDING: | | | | | 10/12/01 | | | | |
| PAY DATE: | | | | | 10/19/01 | | | | |
| SOCIAL SECURITY NUMBER: | | | | | 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 | | | | |
| FEDERAL: | | | | | | | S | 0 | 0.00 |
| STATE: | | | | | | | S | 0 | 0.00 |
| LOCAL: | | | | | | | | | |

52300   N

| EARNINGS | RATE | HOURS | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|---|
| Regular | 7.050 | 20.00 | 141.00 | 6,597.09 |
| Sick | | | | 83.76 |
| Holiday | | | | 194.04 |
| Personal | | | | 83.76 |

| DEDUCTIONS | | |
|---|---|---|
| TAXES | THIS PERIOD | YEAR TO DATE |
| FEDERAL W/H | 13.51 | 722.78 |
| SOCIAL SECURITY W/H | 8.75 | 431.44 |
| MEDICARE W/H | 2.04 | 100.90 |
| STATE W/H | 2.12 | 104.43 |
| LOCAL W/H | 0.00 | 0.00 |
| STATE SUI/SDI W/H | 1.30 | 64.37 |

VOLUNTARY

GROUP TERM LIFE

**GROSS PAY** 141.00

**NET PAY** $113.28

 excluded from federal taxable wages.

Your federal taxable wages this period are    $141.00

| OTHER BENEFITS INFORMATION | IMPORTANT NOTES: |
|---|---|

HOURS AVAILABLE

SICK

VACATION

PERSONAL

# EARNINGS STATEMENT

**Initial**
4061 Industrial Park Drive
Bldg. 3's
Norcross, CA 30271
A Bertolli Initial company

Luz Hietala
1820 Klem Ave
Linden, NJ 07036

| | |
| --- | --- |
| PAYROLL CHECK NUMBER: | 1045431 |
| PERIOD ENDING: | 10/05/01 |
| PAY DATE: | 10/12/01 |
| SOCIAL SECURITY NUMBER: | 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 |

| | STATUS | EXEMP./ALLOW. | ADD. TAXES |
| --- | --- | --- | --- |
| FEDERAL: | S | 0 | 0.00 |
| STATE: | S | 0 | 0.00 |
| LOCAL: | | | |

52300 N

## EARNINGS

| EARNINGS | RATE | HOURS | THIS PERIOD | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| Regular | 7.050 | 18.00 | 126.90 | 6,456.09 |
| Personal | | | | |
| Sick | | 4.00 | 28.20 | 83.76 |
| Holiday | | | | 85.76 |
| | | | | 196.04 |

GROUP TERM LIFE

## DEDUCTIONS

| TAXES | THIS PERIOD | YEAR TO DATE |
| --- | --- | --- |
| FEDERAL W/H | 15.62 | 709.27 |
| SOCIAL SECURITY W/h | 9.61 | 422.30 |
| MEDICARE W/H | 2.25 | 98.86 |
| STATE W/H | 2.33 | 102.31 |
| LOCAL W/H | 0.00 | 0.00 |
| STATE SUI/SDI W/H | 1.43 | 63.07 |

VOLUNTARY

| GROSS PAY | | NET PAY |
| --- | --- | --- |
| 155.10 | | $123.86 |

* Excluded from federal taxable wages.
Your federal taxable wages this period are $155.10

## OTHER BENEFITS INFORMATION

| | HOURS AVAILABLE | IMPORTANT NOTES: |
| --- | --- | --- |
| SICK | | |
| VACATION | | |
| PERSONAL | | |

# EARNINGS STATEMENT

**Initial**
4007 Industrial Park Drive
Bldg 318
Norcross, GA 30071
a Rentokil Initial Company

**Luz Hietala**
1820 Klem Ave
Linden, NJ 07036

| | | |
|---|---|---|
| PAYROLL CHECK NUMBER: | 10413861 | |
| PERIOD ENDING: | 09/28/01 | |
| PAY DATE: | 10/05/01 | |
| SOCIAL SECURITY NUMBER: | 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 | |

| | STATUS | EXEMP./ALLOW. | ADD. TAXES |
|---|---|---|---|
| FEDERAL: | S | 0 | 0.00 |
| STATE: | S | 0 | 0.00 |
| LOCAL: | | | |

52300   N

| EARNINGS | RATE | HOURS | THIS PERIOD | YEAR TO DATE |
|---|---|---|---|---|
| Regular | 7.050 | 24.00 | 169.20 | 6,329.19 |
| Personal | | | | 55.56 |
| Sick | | | | 83.75 |
| Holiday | | | | 194.04 |

| DEDUCTIONS | | |
|---|---|---|
| TAXES | THIS PERIOD | YEAR TO DATE |
| FEDERAL W/H | 17.73 | 593.65 |
| SOCIAL SECURITY W/H | 10.49 | 413.08 |
| MEDICARE W/H | 2.46 | 96.61 |
| STATE W/H | 2.54 | 99.98 |
| LOCAL W/H | 0.00 | 0.00 |
| STATE SUI/SDI W/H | 1.57 | 61.64 |

| VOLUNTARY | | |
|---|---|---|
| Union Dues | 23.28 | 232.80 |

**GROSS PAY:** 169.20

**NET PAY:** $111.13

GROUP TERM LIFE*

HOURS AVAILABLE:

BENEFITS INFORMATION

IMPORTANT NOTES:

*Excluded from federal taxable wages.
federal taxable wages this period are   $169.20

In re: **Luz HIETALA**                                    Debtor(s)        Case No.                  (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 440.00 |
| Are real estate taxes included? ☐ Yes ☐ No    Is property insurance included? ☐ Yes ☐ No | |
| Utilities Electricity and heating fuel | 70.00 |
|     Water and sewer | 00.00 |
|     Telephone | 80.00 |
|     Other | |
|       cable | 32.00 |
| Home maintenance (repairs and upkeep) | |
| Food | 300.00 |
| Clothing | 100.00 |
| Laundry and dry cleaning | 60.00 |
| Medical and dental expenses | 35.00 |
| Transportation (not including car payments) | 120.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 100.00 |
| Charitable contributions | 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | 00.00 |
|     Life | 00.00 |
|     Health | 00.00 |
|     Auto | 00.00 |
|     Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | 00.00 |
|     Other | |
| Alimony, maintenance, and support paid to others | 00.00 |
| Payments for support of additional dependents not living at your home | 100.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 00.00 |
| Other | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ 1457.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each | $ |
|        (interval) | |

3072 • 1991 JULIUS BLUMBERG, INC., NYC 10013

| | | | OMB No. 1545-0008 |
|---|---|---|---|
| **a** Control number | **1** Wages, tips, other comp. 4476.05 | **2** Federal income tax withheld 426.89 | |
| | **3** Social security wages 4476.05 | **4** Social security tax withheld 277.52 | |
| **b** Employer ID number 58-1685683 | **5** Medicare wages and tips 4476.05 | **6** Medicare tax withheld 64.90 | |

**c** Employer's name, address, and ZIP code

INITIAL CONTRACT SERVICES
4067 INDUSTRIAL PARK DRIVE
BUILDING 3B
NORCROSS, GA 30071

**d** Employee's social security number 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

**e** Employee's name, address, and ZIP code

LUZ HIETALA
1820 KLEM AVE
LINDEN, NJ 07036

| **7** Social security tips | **8** Allocated tips | **9** Advance EIC payment |
|---|---|---|
| **10** Dependent care benefits | **11** Nonqualified plans | **12** Benefits included in box 1 |
| **13** See Instrs. for box 13 | **14** Other  NJ-UI 19.02  NJ-SD 22.38 | |

| **15** Statutory employee | Deceased | Pension plan | Legal rep | Deferred comp. |
|---|---|---|---|---|
| NJ 58168568300 | 4476.05 | | | 67.12 |

**16** State Employer's state I.D. no. **17** State wages, tips, etc. **18** State income tax
**19** Locality name **20** Local wages, tips, etc. **21** Local income tax

Dept. of the Treasury – IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

Copy C For EMPLOYEE'S RECORDS (See Notice) | Void | **2000** | OMB No. 1545-0008

| a Control number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 182 | 2236.35 | 32.83 |

| b Employer's ID no. | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| 22-1775213 | 2236.35 | 138.65 |
|  | 5 Medicare wages and tips | 6 Medicare tax withheld |
|  | 2236.35 | 32.43 |

c Employer's name, address, and ZIP code
ATLAS CLEANING SERVICE                J739
32 COMMERCE ST.
SPRINGFIELD  NJ 07081

d Employee's social security number
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

e Employee's name, address, and ZIP code
LUZ STELLA HIETALA
1820
KLEM AVE. APT. 3B
LINDEN NJ 07036

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in Box 1 |
| 13 See Instrs. for Box 13 | 14 Other | PRIVATE D        11.18 NJ SU/WD/HC    9.53 |

| 15 Statutory employee | Deceased | Pension Plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|
| NJ  221-775-213/000 |  | 2236.35 |  | 33.55 |

| 16 State Emplr.'s state I.D. # | 17 State wages, tips, etc. | 18 State income tax |
|---|---|---|
| 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form W-2 Wage and Tax Statement        Dept. of the Treasury – IRS        39 1754528        (1-2000)
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.
0402-J739 01/04/2001 11:08

## 2000 W-2 and EARNINGS SUMMARY

| Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 16623.96 | 1482.60 |
| 3 Social security wages | 4 Social security tax withheld |
| 16623.96 | 1030.69 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 16623.96 | 241.05 |

| Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000082 CEC | 700100 | A | 69 |

c Employer's name, address, and ZIP code

MERCURY AIRFREIGHT
INTERNATIONAL
45250 SEVERN WAY
STERLING VA 20166

Batch #00977

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 22-3154134 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See Instrs. for box 13 | 14 Other |
| | 75.81  UI/HC/WF |
| | 89.19  NJ DI |

| 15 Stat emp. | Deceased | Pension plan | legal rep. | Deferred comp. |
|---|---|---|---|---|

e/f Employee's name, address and ZIP code

LUZ S HIETALA
912 GROVE STREET
ELIZABETH,NJ 07202

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| NJ | 223154134/000 | 17837.96 |
| 18 State income tax | | 19 Locality name |
| 268.30 | | |
| 20 Local wages, tips, etc. | | 21 Local income tax |

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2000**
Copy C for employee's records.    OMB No. 1545-0008

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2000 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 17837.96 | Social Security Tax Withheld Box 4 of W-2 | 1030.69 | NJ. State Income Tax Box 18 of W-2 | 268.30 |
| | | | | SUI/SDI Box 14 of W-2 | 165.00 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1482.60 | Medicare Tax Withheld Box 6 of W-2 | 241.05 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ. State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 17,837.96 | 17,837.96 | 17,837.96 | 17,837.96 |
| Less Misc. Non Taxable Comp. | 1,214.00 | 1,214.00 | 1,214.00 | N/A |
| Reported W-2 Wages | 16,623.96 | 16,623.96 | 16,623.96 | 17,837.96 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

LUZ S HIETALA
912 GROVE STREET
ELIZABETH, NJ 07202

| | |
|---|---|
| Social Security Number: | 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 |
| Taxable Marital Status: | MARRIED |
| Exemptions/Allowances: | |
| FEDERAL: | 0 |
| STATE: | 0    Table B |

© 2000 AUTOMATIC DATA PROCESSING, INC.

Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.

Department of the Treasury — Internal Revenue Service

Form **1040A**  **U.S. Individual Income Tax Return** (99)  **2000**   IRS use only — Do not write or staple in this space.

OMB No. 1545-0085

| **Label** (See instructions.) | Your First Name | MI | Last Name | | **Your Social Security Number** |
|---|---|---|---|---|---|
| | LUZ | S | HIETALA | | 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 |

**Use the IRS label. Otherwise, please print or type.**

| If a Joint Return, Spouse's First Name | MI | Last Name | **Spouse's Social Security Number** |
|---|---|---|---|
| THOMAS | A | HIETALA | 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 |

Home Address (number and street). If You Have a P.O. Box, See instructions. | Apartment No.
1820 KLEM AVENUE | 3B

▲ **Important!** ▲
You must enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address, See Instructions. | State | ZIP Code
LINDEN | NJ | 07036

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.

| | You | | Spouse | |
|---|---|---|---|---|
| Do you, or your spouse if filing a joint return, want $3 to go to this fund? ....▶ | Yes | [X] No | Yes | [X] No |

**Filing status**

1 ☐ Single

2 [X] Married filing joint return (even if only one had income)

3 ☐ Married filing separate return. Enter spouse's social security number above and full name here ........▶

**Check only one box.**

4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶

5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

No. of boxes checked on 6a and 6b ... **2**

b [X] **Spouse**

c Dependents:

If more than seven dependents, see instructions.

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| CARLOS ANDRES DIAZ | 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 | Son | [X] |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
• lived with you .... **1**
• did not live with you due to divorce or separation ...

Dependents on 6c not entered above ...

Add numbers entered on lines above ... **3**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 23,335. |
|---|---|---|
| 8a Taxable interest. Attach Schedule 1 if required | 8a | |

b Tax-exempt interest. **Do not** include on line 8a .......... 8b

| 9 Ordinary dividends. Attach Schedule 1 if required | 9 | |
|---|---|---|
| 10 Capital gain distributions (see instructions) | 10 | |

11a Total IRA distributions ........ 11a | 11b Taxable amount ..... 11b

12a Total pensions and annuities ..... 12a | 12b Taxable amount ....... 12b

If you did not get a W-2, see instructions.

| 13 Unemployment compensation, qualified state tuition program earnings, and Alaska Permanent Fund dividends | 13 | |
|---|---|---|

Enclose, but do not attach, any payment.

14a Social security benefits ..... 14a | 14b Taxable amount ...... 14b

| 15 Add lines 7 through 14b (far right column). This is your **total income** ▶ | 15 | 23,335. |
|---|---|---|

**Adjusted gross income**

| 16 IRA deduction (see instructions) | 16 | |
|---|---|---|
| 17 Student loan interest deduction (see instructions) | 17 | |
| 18 Add lines 16 and 17. These are your **total adjustments** | 18 | |
| 19 Subtract line 18 from line 15. This is your **adjusted gross income** ▶ | 19 | 23,335. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**    Form 1040A (2000)

FDIA1312   10/26/00

LUZ S & THOMAS A HIETALA                                                        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

Form 1040A (2000)                                                                      Page 2

| | | | | |
|---|---|---|---|---|
| **Taxable income** | 20 | Enter the amount from line 19 | 20 | 23,335. |

21a Check if: ☐ You were 65 or older  ☐ Blind  
☐ Spouse was 65 or older  ☐ Blind  — Enter number of boxes checked ► 21a ☐

b If you are married filing separately and your spouse itemizes deductions, see instructions and check here ► 21b ☐

22 Enter the **standard deduction** for your filing status. **But see instructions** if you checked any box on line 21a or 21b or if someone can claim you as a dependent.
- Single — $4,400  • Married filing jointly or Qualifying widow(er) — $7,350
- Head of household — $6,450  • Married filing separately — $3,675 ......... 22  7,350.

23 Subtract line 22 from line 20. If line 22 is more than line 20, enter 0 .......... 23  15,985.

24 Multiply $2,800 by the total number of exemptions claimed on line 6d .......... 24  8,400.

25 Subtract line 24 from line 23. If line 24 is more than line 23, enter 0. This is your **taxable income** ► 25  7,585.

| | | | | |
|---|---|---|---|---|
| **Tax, credits, and payments** | 26 | **Tax** (see instructions) | 26 | 1,136. |

27 Credit for child and dependent care expenses. Attach Schedule 2 ..... 27

28 Credit for the elderly or the disabled. Attach Schedule 3 ..... 28

29 Education credits. Attach Form 8863 ..... 29

30 Child tax credit (see instructions) ..... 30  500.

31 Adoption credit. Attach Form 8839 ..... 31

32 Add lines 27 through 31. These are your **total credits** ......... 32  500.

33 Subtract line 32 from line 26. If line 32 is more than line 26, enter 0 ......... 33  636.

34 Advance earned income credit payments from Form(s) W-2 ......... 34

35 Add lines 33 and 34. This is your **total tax** ► 35  636.

36 Federal income tax withheld from Forms W-2 and 1099 ..... 36  1,943.

37 2000 estimated tax payments and amount applied from 1999 return ..... 37

38a Earned income credit (EIC) ..... 38a  653.

b Nontaxable earned income:
amount ► _____ and type ►

*If you have a qualifying child, attach Schedule EIC.*

39 Additional child tax credit. Attach Form 8812 ..... 39

40 Add lines 36, 37, 38a, and 39. These are your **total payments** ► 40  2,596.

| | | | | |
|---|---|---|---|---|
| **Refund** | 41 | If line 40 is more than line 35, subtract line 35 from line 40. This is the amount you **overpaid** | 41 | 1,960. |

I have it directly deposited! See instructions and fill in 42b, 42c, and 42d.

42a Amount of line 41 you want **refunded to you** ..... 42a  1,960.

► b Routing number ►  ► c Type: ☐ Checking  ☐ Savings

► d Account number ►

43 Amount of line 41 you want **applied to your 2001 estimated tax** ..... 43

| | | | | |
|---|---|---|---|---|
| **Amount you owe** | 44 | If line 35 is more than line 40, subtract line 40 from line 35. This is the **amount you owe**. For details on how to pay, see instructions | 44 | |

45 Estimated tax penalty (see instructions) ..... 45

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions.

Keep a copy for your records.

| Your Signature | Date | Your Occupation | Daytime Phone Number |
|---|---|---|---|
| ► | | SORTER | |
| Spouse's Signature. If a Joint Return, **both** Must Sign. | Date | Spouse's Occupation | May the IRS discuss this return with the preparer shown below (see instrs)? ☐ Yes ☐ No |
| | | RETIRED | |

| **Paid preparer's use only** | Preparer's Signature ► | | Date 03/17/2001 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|---|
| | Firm's Name (or yours if self-employed), Address, and ZIP Code ► | ROSEMARIE G. BREAULT 330 MORRIS AVENUE ELIZABETH  NJ  07208 | | EIN | Phone No. (908) 354-1149 |

Form 1040A (2000)

**Schedule EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

**Earned Income Credit**
**Qualifying Child Information**

*Complete and attach to Form 1040A or 1040*
*only if you have a qualifying child.*

OMB No. 1545-0074

**2000**

**43**

Name(s) Shown on Return

LUZ S & THOMAS A HIETALA

Your Social Security Number

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

***Before you begin:*** See the instructions for Form 1040A, lines 38a and 38b, or Form 1040, lines 60a and 60b, to make sure that
(1) you can take the EIC and (2) you have a qualifying child.

**Caution:**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

| Qualifying Child Information | Child 1 | | Child 2 | |
|---|---|---|---|---|
| | First name | Last name | First name | Last name |
| **1** Child's name<br><br>If you have more than two qualifying children, you only have to list two to get the maximum credit | CARLOS ANDRES | DIAZ | | |
| **2** Child's SSN<br><br>The child must have an SSN as defined in the Form 1040A or Form 1040 instructions unless the child was born and died in 2000. If your child was born and died in 2000 and did not have an SSN, enter 'Died' on this line and attach a copy of the child's birth certificate | 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 | | | |
| **3** Child's year of birth | Year 1986 | | Year | |
| | *If born after 1981, skip lines 4a and 4b; go to line 5.* | | *If born after 1981, skip lines 4a and 4b; go to line 5.* | |
| **4** If the child was born before 1982 — | | | | |
| **a** Was the child under age 24 at the end of 2000 and a student? | ☐ **Yes.** *Go to line 5.* | ☐ **No.** *Continue* | ☐ **Yes.** *Go to line 5.* | ☐ **No.** *Continue* |
| **b** Was the child permanently and totally disabled during any part of 2000? | ☐ **Yes.** *Continue* | ☐ **No.** *The child is not a qualifying child.* | ☐ **Yes.** *Continue* | ☐ **No.** *The child is not a qualifying child.* |
| **5** Child's relationship to you<br><br>(for example, son, daughter, grandchild, foster child, etc) | Son | | | |
| **6** Number of months child lived with you in the United States during 2000<br><br>• If the child lived with you for more than half of 2000 but less than 7 months, enter '7'.<br><br>• If the child was born or died in 2000 and your home was the child's home for the entire time he or she was alive during 2000, enter '12'. | 12 months<br>*Do not enter more than 12 months.* | | months<br>*Do not enter more than 12 months.* | |

Do you want part of the EIC added to your take-home pay in 2001? To see if you qualify, get Form W-5 from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

**BAA For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.** Schedule **EIC** (Form 1040A or 1040) 2000

FDIA7401 11/10/00

**NJ-1040/**
**HR-1040**
**2000**

### State of New Jersey Income Tax — Resident Return
### Homestead Rebate Application

For Privacy Act Notification, see instructions
For tax year Jan - Dec 2000 or other tax year

beginning _____ , 2000, month ending _____ , _____

This is Page 1 of Your 2000 NJ-1040/HR-1040. It Must
be Filed in Order for Your Return to be Processed                    04

| | | | | |
|---|---|---|---|---|
| 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 | HIET | 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 | | 2009 |

**Name and Address**

HIETALA LUZ S & THOMAS A
1820 KLEM AVENUE APT 3B
LINDEN                                     NJ 07036

| | | | | | | |
|---|---|---|---|---|---|---|
| 001 | 00 | 014 | 24550 | 038 | 298 | 008 | 24550 |
| EXT | 0 | 15a | 0 | 039 | 0 | 009 | 0 |
| FS | 2 | 15b | 0 | 041 | 0 | MS | 0 |
| 006 | 2 | 016 | 0 | 042 | 298 | 010 | 24550 |
| 007 | 0 | 017 | 0 | 043 | 369 | 012 | 2 |
| 008 | 0 | 018 | 0 | 044 | 50 | 13B | 0 |
| 009 | 1 | 19a | 0 | 045 | 0 | 13L | 0 |
| 010 | 0 | 19b | 0 | 046 | 0 | 13Q | 0 |
| 011 | 0 | 19c | 0 | 047 | 0 | 14a | 2 |
| 12a | 2 | 020 | 0 | 048 | 0 | 14b | 2 |
| 12b | 1 | 021 | 0 | 049 | 419 | 14c | 2 |
| 13F | 000000 | 022 | 0 | 050 | 0 | 14d | 2 |
| 13T | 000000 | 023 | 0 | 051 | 121 | 015 | 0 |
| GEF | 0 | 024 | 0 | 052 | 0 | 16a | 0 |
| DNM | 0 | 025 | 0 | 053 | 0 | 16b | 0 |
| 22C | 0 | 026 | 24550 | 054 | 0 | 017 | 5280 |
| 22I | 0 | 028 | 0 | 055 | 0 | 18a | 0 |
| PA | 0 | 30c | 3500 | 056 | 0 | 18b | 0 |
| | | 031 | 0 | 057 | 0 | EI1 | 0 |
| | | 032 | 0 | 058 | 0 | EI2 | 0 |
| | | 033 | 0 | 58C | 0 | EI3 | 0 |
| | | 036 | 0 | 059 | 0 | EI4 | 0 |
| | | 037 | 21050 | 060 | 121 | | |

Under the penalties of perjury, I declare that I have examined this income tax return and Homestead Rebate Application, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If prepared by a person other than taxpayer, this declaration is based on all information of which the preparer has any knowledge.

► Your Signature                Date        ► Spouse's Signature (If filing jointly, both must sign)

Paid Preparer's Signature                   Federal Identification Number
                          03/17/01          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

Firm's Name                                 Federal Employer Identification Number

ROSEMARIE G. BREAULT

Pay amount on line 50 in full. Write social security number on check or money order and make payable to:
**State of New Jersey — TGI**

If you have an amount due, enclose your check and NJ-1040-V payment voucher and your return to:
NJ Division of Taxation Revenue Processing Center, P.O. Box 111, Trenton, NJ 08645-0111

If Refund:
NJ Division of Taxation Revenue Processing Center, P.O. Box 555, Trenton, NJ 08647-0555

NJIA0101  12/03/00

Page 2 and Page 3 Must be Enclosed With Page 1 of Your 2000 NJ-1040/HR-1040

Form NJ-1040/HR-1040 (2000) | Page 2

| Name | Social Security Number |
|---|---|
| HIETALA, LUZ S & THOMAS A | 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 |

**Filing Status** 1 ☐ Single  2 ☒ Married, filing joint return  3 ☐ Married, filing separate return  4 ☐ Head of Household  5 ☐ Qualifying widow(er)

**Exemptions**
6 Regular .......................................... ☐ 2
7 Age 65 or over ...........................
8 Blind or disabled ........................
9 Number of qualified dependent children ..... ☐ 1
10 Number of other dependents ..........................
11 Dependents attending colleges ......................
12 Totals (line 12a – add lines 6, 7, 8 and 11) .......... ☐ 2
(line 12b – add lines 9 and 10) .............. ☐ 1

**Residency Status** 13 If you were a New Jersey resident for only part of the taxable year, give the period of New Jersey residency:
From _____ To _____
Month Day Year | Month Day Year
NJIA0123 12/03/00

**Gubernatorial Elections Fund** Do you wish to designate $1 of your taxes for this fund? .. Yes ☐ No ☒
If joint return, does your spouse wish to designate $1? ... Yes ☐ No ☒

| | | | |
|---|---|---|---|
| 14 | Wages, salaries, tips, and other employee compensation (enclose W-2) ................... | 14 | 24,550. |
| 15a | Taxable interest income .......................... | 15a | |
| 15b | Tax exempt interest income. Do not include on line 15a ........... 15b | | |
| 16 | Dividends ........................................... | 16 | |
| 17 | Net profits from business (enclose copy of federal Schedule C, Form 1040) ................ | 17 | |
| 18 | Net gains or income from disposition of property (Schedule B, line 4) ................... | 18 | |
| 19 | Pensions, annuities and IRA withdrawals  a Taxable amount received ........... 19a | | |
| | b Less New Jersey pension exclusion ...... 19b | | |
| | c Subtract line 19b from line 19a | 19c | |
| 20 | Distributive Share of partnership income (see instructions) ............................ | 20 | |
| 21 | Net pro rata share of S corporation income (see instructions) ......................... | 21 | |
| 22 | Net gain or income from rents, royalties, patents and copyrights (Schedule C, line 3) .......... | 22 | |
| 23 | Net gambling winnings ................................... | 23 | |
| 24 | Alimony and separate maintenance payments received ................................ | 24 | |
| 25 | Other (see instructions) ................................. | 25 | |
| 26 | Total income (add lines 14, 15a, 16, 17, 18, 19c, 20, 21, 22, 23, 24 and 25) ................ | 26 | 24,550. |
| 27 | This line is not used on computer generated returns ................................ | 27 | |
| 28 | Other retirement income exclusion (see worksheet and instructions) ................... | 28 | |
| 29 | New Jersey gross income (subtract line 28 from line 26). See instructions ............... | 29 | 24,550. |
| 30a | Exemptions: From line 12a ___ 2 x $1,000 = 2,000. | | |
| 30b | From line 12b ___ 1 x $1,500 = 1,500. | | |
| 30c | Total exemption amount (add line 30a and line 30b). Part-year residents see instructions ........... | 30c | 3,500. |
| 31 | Medical expenses/medical savings account contributions (see worksheet and instructions) ........... | 31 | |
| 32 | Alimony and separate maintenance payments ......................................... | 32 | |
| 33 | Qualified conservation contribution ..................................... | 33 | |
| 34 | Total exemptions and deductions (add lines 30c, 31, 32 and 33) ......................... | 34 | 3,500. |
| 35 | Taxable income (subtract line 34 from line 29). If zero or less, make no entry ............... | 35 | 21,050. |
| 36 | Property tax deduction (see instructions) ............................................ | 36 | |
| 37 | New Jersey Taxable Income (subtract line 36 from line 35). If zero or less, Make No Entry ..... | 37 | 21,050. |
| 38 | Tax (from tax tables in the instructions) ............................................. | 38 | 298. |
| 39 | Credit for income taxes paid to other jurisdictions (see instructions) .................... | 39 | 0. |
| 40 | Balance of tax (subtract line 39 from line 38) ......................................... | 40 | 298. |
| 41 | Use tax due on out-of-state purchases (see instructions). If no use tax, enter zero ............ | 41 | 0. |
| 42 | Total tax (add line 40 and line 41) ................................................ | 42 | 298. |
| 43 | Total New Jersey income tax withheld (enclose Forms W-2 and 1099-R) ................... | 43 | 369. |
| 44 | Property tax credit (see instructions) .......................... | 44 | 50. |
| 45 | New Jersey estimated tax payments/credit from 1999 tax return . Check ☐ if Form NJ-2210 is enclosed. | 45 | |
| 46 | New Jersey Earned Income Tax Credit ............................................. | 46 | |
| 47 | Excess New Jersey UI/HC/WD withheld (see instructions) (enclose Form NJ-2450) ........... | 47 | |
| 48 | Excess New Jersey disability insurance withheld (see instructions) (enclose Form NJ-2450) .......... | 48 | |
| 49 | Total payments/credits (add lines 43 through 48) .................................... | 49 | 419. |

Case 02-51971-MS    Doc 1    Filed 02/19/02    Entered 02/__/02 10:56:00    Desc
Converted from ECM (10638562)    Page __ of 39
Page 2 and Page 3 Must be Enclosed With Page 1 of Your 2000 NJ-1040/HR-1040

Form **NJ-1040/HR-1040** (2000)

Page 3

| Name | Social Security Number |
|---|---|
| HIETALA, LUZ S & THOMAS A | 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 |

| | | | |
|---|---|---|---|
| **50** | If payments (line 49) are **less** than tax (line 42) enter amount of tax you owe | **50** | |
| | If you owe tax, you may make a donation by entering an amount on lines 53, 54, 55, 56, 57 and/or 58 and adding this to your check amount | | |
| **51** | If payments (line 49) are **more** than tax (line 42) enter **overpayment** | **51** | 121. |

**Note: An Entry on Lines 52, 53, 54, 55, 56, 57 and/or 58 Will Reduce Your Tax Refund.**

Deductions from overpayment on line 51 which you elect to credit to:

| | | $10 | $20 | Other | | |
|---|---|---|---|---|---|---|
| **52** | Your 2001 tax | | | | **52** | |
| **53** | The NJ Endangered Wildlife Fund | $10 | $20 | Other | **53** | |
| **54** | NJ Children's Trust Fund to Prevent Child Abuse | $10 | $20 | Other | **54** | |
| **55** | The NJ Vietnam Veterans' Memorial Fund | $10 | $20 | Other | **55** | |
| **56** | NJ Breast Cancer Research Fund | $10 | $20 | Other | **56** | |
| **57** | U.S.S. New Jersey Educational Museum Fund | $10 | $20 | Other | **57** | |
| **58** | Other designated contribution | $10 | $20 | Other ● ☐ | **58** | |
| **59** | Total deductions from overpayment (add lines 52 through 58) | | | | **59** | |
| **60** | **Refund** (amount to be sent to you, line 51 less line 59) | | | | **60** | 121. |

## Earned Income Tax Credit Schedule

You may be eligible for the New Jersey Earned Income Tax Credit if your claimed the federal Earned Income Credit for 2000, your gross income on line 29, Form NJ-1040 is $20,000 or less and your filing status for New Jersey is the same as your filing status on your federal income tax return. Complete this schedule to see if you are eligible. You are not eligible for the New Jersey Earned Income Tax Credit if your filing status is single or married, filing separate return or if you answer 'No' to question 1 below. See instructions.

| | | | |
|---|---|---|---|
| 1 | Did you file a 2000 federal Schedule EIC, on which you listed at least one 'qualifying child'? ☐ Yes ☒ No | | |
| 2 | Fill in the box if you had the IRS figure your federal Earned Income Credit ☐ | | |
| 3 | Enter the amount of federal Earned Income Credit from your 2000 federal Form 1040 or 1040A | **3** | |
| 4 | Enter 10% of amount on line 3 here and on page 2, line 46 | **4** | |

## 2000 HR-1040 Homestead Rebate Application

| | | | |
|---|---|---|---|
| 7 | On December 31, 2000 I (and/or my spouse) was: ☐ Age 65 or older  ☐ Blind or disabled  ☒ Not 65 or blind or disabled | | |
| | Fill in only one box. See instructions. | | |
| 8 | Enter the **gross income** you reported on line 29, Form NJ-1040 or see instructions | **8** | 24,550. |
| 9 | If your filing status is **married, filing separate return** and you and your spouse **maintain the same principal residence** enter the gross income reported on your spouse's return (line 29, Form NJ-1040) and check this box ►☐ | **9** | |
| 10 | **Total gross income** (add line 8 and line 9) | **10** | 24,550. |

**Stop — If Line 10 is More Than $100,000, You are not Eligible for a Rebate.**

11 Enter your New Jersey residence on Dec 31, 2000 if different than above. If you were not a resident on Dec 31, 2000 enter your last New Jersey residence.

Street Address _____  Municipality _____

12 Check your residency status during 2000: **a** ☐ Homeowner  **b** ☒ Tenant  **c** ☐ Both

13 If you checked 'Homeowners' or 'Both' on line 12, enter the block and lot number of the residence for which the rebate is claimed.

Block ____ — ____  Lot ____ — ____  Qualifier ____

| | | | | |
|---|---|---|---|---|
| **14a** | Did you live at more than one New Jersey residence during the year? | ☐ Yes | ☒ No | |
| **b** | Did you share ownership of a principal residence during the year with anyone, other than your spouse? | ☐ Yes | ☒ No | |
| **c** | Did any principal residence you owned during the year consist of multiple dwelling units? | ☐ Yes | ☒ No | |
| **d** | Did anyone, other than your spouse, occupy and share rent with you for an apartment or other rental dwelling during the year? | ☐ Yes | ☒ No | |

| | | | | |
|---|---|---|---|---|
| Home Owner | **15** | Total 2000 property taxes you (and your spouse) paid on your principal residence in New Jersey during 2000 | **15** | |
| | **16a** | Total property taxes paid (Schedule HR-A, **Part I**, line 5) | **16a** | |
| | **b** | Number of days as an owner (Schedule HR-A, **Part I**, line 4) | **16b** | |
| | **17** | Enter total rent you (and your spouse) paid on your principal residence in New Jersey during 2000 | **17** | 5,280. |
| Tenant | **18a** | Total rent paid (Schedule HR-A, **Part II**, line 11) | **18a** | |
| | **b** | Number of days as a tenant (Schedule HR-A, **Part II**, line 10) | **18b** | |

I authorize the Division of Taxation to discuss my return and enclosures with my preparer ☐

NJIA0129  12/19/00

In re:                                                              Debtor(s)      Case No.

                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that

they are true and correct to the best of my knowledge, information, and belief.                     (Total shown on summary page plus 1.)

Date                                                              Signature: X _Luz Stella Hurtado_____

                                                                                                                     Debtor

Date                                                              Signature:_____

                                                                                                    (Joint Debtor, if any)

                                                                    (If joint case, both spouses must sign.)


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an

authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case,

declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and

that they are true and correct to the best of my knowledge, information, and belief.              (Total shown on summary page plus 1.)


Date                                                              Signature: _____

                                                                    (Print or type name of individual signing on behalf of debtor.)


(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)


_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571._

Form 7 Stmt of Finan'l
Affairs (11-92)   Case 02-31971-MS   Doc 1   Filed 02/19/02   Entered 02/19/02 10:56:00   Philips Blumberg, Inc.
NYC 10013
Converted from ECM (10638562)   Page 31 of 39

UNITED STATES BANKRUPTCY COURT

DISTRICT OF   **New Jersey**

In re:   **Luz HIETALA**                                     Debtor(s)          *Case No.*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**DEFINITIONS**

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☒ None   **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (if more than one).

                                                 *2001*

☒ None   **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**
☒ None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☒ None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

☒ None   b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY

[X] None    **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

[X] None    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

[X] None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

[X] None    **7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

[X] None    **8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

[ ] None    **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

$750.00 to Anna C. Little

[X] None    **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

☐ None    **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☐ None    **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None    **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None    **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☐ None    **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

**Unsworn Declaration under Penalty of Perjury.**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor X _Luz esthe Hirtela_

Date _____    Signature of Joint Debtor (if any) _____

_____ continuation sheets attached

**Penalty for making a false statement:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

Form 3A §(1991 Julius Blumberg, Inc.

**UNITED STATES BANKRUPTCY COURT**                          **DISTRICT OF**

In re:                                          Debtor(s)     Case No.
                                                              Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:
   a. *Property to Be Surrendered.*

| Description of property | Creditor's name | H,W or J |
|---|---|---|

   b. *Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:

X _Luz stille Nitsle_
                                    Signature of Debtor

* **Reaff'd** - Debt will be reaffirmed pursuant to § 524(c)
  **Red'd** - Property is claimed as exempt and will be redeemed pursuant to § 722
  **Exempt** - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

                                    Signature of Debtor

3073 - 1991 JULIUS BLUMBERG, INC., NYC 10013

**UNITED STATES BANKRUPTCY COURT**                                    **DISTRICT OF**

In re                                                                    Debtor(s)        Case No.               (If Known)

### CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the *debtor — debtor's employer* shall pay to the trustee the sum of $          *weekly — bi-weekly - semi-monthly — monthly*   for a period of

2. From the payments so received, the trustee shall make disbursements as follows:

    (*a*) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

    (*b*) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (*c*) *Subsequent to — pro rata with* dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

3. The following executory contracts of the debtor are rejected:

        Title to the debtor's property shall revest in the debtor *on confirmation of a plan — upon dismissal of the case after confirmation pursuant to 11 U.S.C. §350.*

Dated: ...................                    ...................................................          ...................................................
                                                               *Debtor*                                           *Debtor*

Acceptances may be mailed to........................  ........................................  .............................  ........................  *Post Office Address*

© 1981 JULIUS BLUMBERG, INC., NYC 10013

3085  Statement of compensation. Rule 2016(b). 8-91

Case 02-51971-MS   Doc 1   Filed 02/12   Entered 02/12/02 10:56:00   Desc
Converted from ECM (10638562)   Page 36 of 39

**UNITED STATES BANKRUPTCY COURT**       **DISTRICT OF**

In re            Debtor(s)      Case No.      (If Known)

**STATEMENT**
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
  (a) for legal services rendered or to be rendered in contemplation of and in connection with this case    $ 750.00
  (b) prior to filing this statement, debtor(s) have paid    $ 250.00
  (c) the unpaid balance due and payable is    $ 500.00

(3) $ _____ of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
  (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
  (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
  (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

     none other

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

     none other

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
     none

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
     none

Dated: _____

Respectfully submitted, _____ _Attorney for Petitioner_

_Attorney's name and address_ _____

© 1991 JULIUS BLUMBERG, INC., NYC 10013

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**

In re                                    Debtor(s)          Case No.          (If Known)

### CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the *debtor — debtor's employer* shall pay to the trustee the sum of $ _____ *weekly — bi-weekly — semi-monthly — monthly* for a period of

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   (c) *Subsequent to — pro rata with* dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

3. The following executory contracts of the debtor are rejected:

   Title to the debtor's property shall revest in the debtor *on confirmation of a plan — upon dismissal of the case after confirmation pursuant to 11 U.S.C. §350.*

Dated: _____        _____        _____
                                      *Debtor*                           *Debtor*

Acceptances may be mailed to _____  ............  _____
                                                                        *Post Office Address*

♦ 1991 JULIUS BLUMBERG, INC., NYC 10013

BK 122
(8/84)

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

If you intend to file a petition for relief under the bankruptcy laws of the United States, and your debts are primarily consumer debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief. You may proceed under:

**Chapter  7**—Liquidation, or
**Chapter 11**—Reorganization, or
**Chapter 13**—Adjustment of Debts of an Individual
with Regular Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

**Clerk of Court**

## ACKNOWLEDGMENT

I hereby certify that I have read this notice.

DATED: _____

X _Luz stella Nietoto_,
Debtor

_____,
Joint Debtor, if any

**INSTRUCTIONS:** *If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.*

**3092** Clerk's notice. 10-84

Macy's
9111 Duke Blvd.
Mason, OH 45040

Merrik Bank
P.O.Box 5000
Draper, UT 84020-5000

Action Card
P.O.Box 5052
Sioux Falls, SD 57007-5052

Sears, c/o Van R Credit Corp.
4115 South Wendler Dr. Bldg suite 200
Tempe, AZ 85282-6410

Direct merchant Bank
P.O.Box 21550
Tulsa, OK 741211550

First Primier Bank
P.O.Box 5519
Sioux Falls, SD 57007-5519

Discover
P.O.Box 15251
Wilmington DE 19886-5251

Capitol One
P.O.Box 85015
Richmond VA 23285-5015

JCPenny
P.O.Box 32000
Orlando FL 32890-0004

Cross Country Bank
P.O.Box 310711
Boca Raton, FL 33431-0711

Stern's
9111 Duke Blvd.
Mason, OH 45040

Amoco Multicard
P.O.Box 142289
Irving TX 75014-2289

Allied Interstate
3111 S. Dixie Highway st. 101
West Palm Beach, FL 33405