UNITED STATES BANKRUPTCY COURT
District of New Jersey

In Re:                                                     CASE NO. 02-51971/MS

HIETALA, LUZ

    Debtor(s)

---

### APPOINTMENT OF INTERIM TRUSTEE
### AND DESIGNATION OF REQUIRED BOND

---

BENJAMIN A. STANZIALE of WEST ORANGE, NEW JERSEY, is hereby appointed, pursuant to 11 U.S.C. 701(a), as Interim Trustee of the above named debtor(s). If no trustee is elected, you shall serve as the trustee in this case by operation of law. 11 U.S.C. 702(d).

The amount of your bond is covered by the Bond of Interim Trustee/Trustee in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this office and the Bankruptcy Court. Pursuant to the Blanket Acceptance of Appointment filed with the Clerk of the Bankruptcy Court and the United States Trustee, you are required to notify the United States Trustee, in writing, within five (5) business days after receipt of this notice if you reject this appointment. If you receive any liquid assets as trustee for the estate, you must immediately notify this office so that your bond may be increased.


Dated
February 21, 2002

                                        DONALD F. WALTON
                                      ACTING UNITED STATES TRUSTEE, REGION 3


/S DONALD F. WALTON

