UNITED STATES BANKRUPTCY COURT
District of New Jersey (Trenton)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/19/02.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
**Luz Hietala**
1820 Klem Ave., No 3B
Linden, NJ 07036

| Social Security Number(s)/Taxpayer ID(s): 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 (Luz Hietala) | United States Bankruptcy Judge: Honorable Morris Stern |
|---|---|
| Attorney for Debtor(s) (name and address): Anna C. Little 300 Kimball Street Suite 106 Woodbridge, NJ 07095 Telephone number: (732) 636-4901 | Trustee: Benjamin A. Stanziale, Jr. Stanziale & Stanziale 91 Main St. West Orange, NJ 07052 Telephone number: (973) 731-9393 |

### Meeting of Creditors:

Date: **03/19/02**   Time: **12:00 pm**

Location: **Room 129, 1st Floor, United States Courthouse, 402 E. State Street, Trenton, NJ 08608-1507**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
05/20/02

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court District of New Jersey 402 E. State Street Trenton, NJ 08608-1507 | **For the Court:** Clerk of the Bankruptcy Court: James J. Waldron |
|---|---|
| Business Hours: 8:30 a.m. - 4:00 p.m., Monday - Friday (except holidays) | Date: 02/20/02 |




000017

BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0312-3          User: bown              Page 1 of 1           Date Rcvd: Feb 20, 2002
Case: 02-51971                Form ID: B9A            Total Served: 19


The following entities were served by first class mail on Feb 22, 2002.
db          Luz Hietala,    1820 Klem Ave., No 3B,    Linden, NJ   07036
aty         Anna C. Little,     300 Kimball Street,    Suite 106,    Woodbridge, NJ   07095
tr          Benjamin A. Stanziale, Jr.,    Stanziale & Stanziale,    91 Main St.,    West Orange, NJ   07052
ust         U.S. Trustee,    Suite 1400,    One Newark Center,    Newark, NJ   07102
ust         +U.S. Trustee,    Office of the US Trustee,    One Newark Center,    Suite 2100,
              Newark, NJ   07102-5235
ust         U.S. Trustee,    US Dept of Justice,    Office of the US Trustee,    One Newark Center Ste 2100,
              Newark, NJ   07102
9425682     +Acton Card,    P.O. Box 5052,    Sioux Falls, SD 57117-5052
9425692      Allied Interstate,    31 1 1 S. Dixie Highway st. 1 01,    West Palm Beach, FL 33405
9425691      Amoco Multicard,    P.O.Box 142289,    Irving ,TX 75014-2289
9425687      Capitol One,    P.O. Box 8501 5,    Richmond, VA 23285-5015
9425689      Cross Country Bank,    P.O. Box 310711,    Boca Raton, FL 33431-0711
9425684      Direct merchant Bank,    P.O. Box 21550,    Tulsa, OK 741211550
9425686      Discover,    P.O. Box 15251,    Wilmington ,DE 19886-5251
9425685     +First Primier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
9425688      JCPenny,    P.O. Box 32000,    Orlando ,FL 32890-0004
9425680      Macy's,    91 11 Duke Blvd.,    Mason, OH 45040
9425681      Merrik Bank,    P.O. Box 5000,    Draper, UT 84020-5000
9425683     +Sears, c Van R Credit Corp.,    4115 South Wendler Dr. Bldg suite 200,    Tempe, AZ 85282
9425690      Stern's,    91 11 Duke Blvd.,    Mason, OH 45040

The following entities were served by electronic transmission on Feb 20, 2002 and receipt of the transmission
was confirmed on:
9425689     EDI: APPCARD.COM Feb 21 2002 00:17:00      Cross Country Bank,    P.O. Box 310711,
              Boca Raton, FL 33431-0711
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Feb 22, 2002            Signature:    _Joseph Speetjens_

000017